RECEIVED
MAY 1 3 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

Larken Alexander                     )
                                     )
_____      )
                                     )
                                     )
_____      )
(Enter above the full name of the Plaintiff[s]  )
in this action.)                     )
                                     )
                                     )
          - vs -                     )
                                     )         Case No. _____
Stratus Building Solutions           )
                                     )                  (To be assigned by Clerk
                                     )                   of District Court)
_____      )
                                     )
_____      )
                                     )
_____      )
                                     )
_____      )
(Enter above the full name of ALL Defend-  )
ant[s] in this action.  Fed. R. Civ. P. 10(a)  )
requires that the caption of the complaint  )
include the names of all the parties. Merely  )
listing one party and "et al." is insufficient.  )
Please attach additional sheets if necessary.  )

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Larken Alexander would get threat and warning for Being Black or for making any complaints.

RECEIVED
MAY 13 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court
Eastern District of Missouri
_____ (Name of Court)

Larken, Alexander
_____(Plaintiff's name)
Plaintiff

No.

-v-

Stratus
_____(Defendant's name)
Defendant

JURY TRIAL DEMANDED

Plaintiff, by and through his/her attorney, complains and alleges a cause of action as follows:

## I. JURISDICTION AND VENUE

(1) This court has jurisdiction of the claim herein pursuant to 42 U.S.C.A. § 2000e-5(f)(3), 28 U.S.C.A. §§ 1331 and 1343(4). This civil action arises under the laws of the United States. Plaintiff is alleging a violation of his/her rights under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C.A. §§ 2000e et seq.

(2) Venue herein is proper under 28 U.S.C.A. § 1391(b) and 42 U.S.C.A. § 2000e-5(f)(3). Stratus Building Solution is a corporate resident of the State of Mo doing business therein, and the unlawful employment practice of which Plaintiff is complaining was committed in the State of Mo.

II. Plaintiff, **Larken Alexander** resides at **5957 Floy**, **St Louis**, _____,
street address / city / county
**MO**, **63111**, **812-878-2782**
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, **Stratus** lives at, or its business is located at
**1861 Craig Rd**, **Saint Louis**, _____,
street address / city / county
**MO**, **63146**.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named employer in July 2009, as a Cleaner. My immediate supervisor was Bob (LNU), Manager, white.

In June 2012, Bob (LNU), Manager, white, told me that if another EEOC letter was sent to one of his contracted clients "that would be my black ass". (In 2011 I filed charge 560-2011-02344C with the EEOC alleging sexual harassment against a contracted client, Giddings-Lovejoy Presbytery). Around mid July 2012, before the start of my shift, I was contacted by Bob and told that I could/should not report for work because I was a black man out of control. When I asked Bob what he was talking about he stated that he had received complaints from clients that they didn't like the way that I cleaned. Bob told me that I needed to turn in my keys which he later came to pick-up. Since that day I have received no further assignment therefore I assume that I have been terminated. Finally during my employment I was never presented any written disciplinary actions regarding my work performance.

I believe that I have been discriminated against due to my race, black, sex, male, age, 51, and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act (ADEA).

also collet all back pay that was Due to me they took mounths of pay From me for Being a Black man worked a mounth and they would not pay me call police when I tryed to pick up check told get my Black ass out of office

V. Relief: State briefly and exactly what you want the Court to do for you.

Like for the Court to have stratus award Damages for Medical abuse and Decrimanation

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]   NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]   NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of May, 2014

*Larken Alexander*

Signature of Plaintiff(s)

4